IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Robert Campbell, ) | |
| ) | |
| Plaintiff, ) | Case No. 0:08-cv-03668-RMG |
| ) | |
| v. ) | **ORDER OF PROTECTION** |
| ) | |
| Jean Smith, et al., ) | |
| ) | |
| Defendants. ) | |

*USDC, CLERK, CHARLESTON, SC RECEIVED 2011 APR -4 P 12: 03*

Cory E. Manning, Esquire, requests protection from trial and hearings from June 13 through June 14, 2011, due to a mediation scheduled in another case. The Court grants the request for good cause shown. Accordingly,

It is **ORDERED** that Plaintiff Robert Campbell and Cory E. Manning, Esquire, are granted protection from trial and hearings from June 13 through June 14, 2011, inclusive.

**AND IT IS SO ORDERED.**

The Honorable Richard Mark Gergel
United States District Judge

**Charleston, South Carolina**
**April 4, 2011**